GEORGE H. REICH, Respondent, *v.* RAILROAD EMPLOYEES' PERSONAL LOAN COMPANY, Appellant.

Argued October 4, 1943; decided November 24, 1943.

*George R. Fearon, Jackson R. Collins, Richard O. Wiesner* and *M. Harold Dwyer* for appellant.

*Irwin Slater* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.